J-A31017-16

2017 PA Super 262

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
|---|---|---|
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ANGEL RIBOT | : | No. 1190 EDA 2015 |

Appeal from the Order March 27, 2015
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s):  CP-51-CR-0009168-2014

BEFORE:  BENDER, P.J.E., MOULTON, and FITZGERALD[*], JJ.

CONCURRING STATEMENT BY FITZGERALD, J.:     **FILED AUGUST 15, 2017**

I agree with the majority that the best evidence rule does not preclude the admission of testimony that Appellant was in possession of the buy money.  However, I believe the trial court acted within its discretion when it credited Appellant's evidence of a written policy requiring that the buy money be photocopied over the testimony regarding a change in policy.  Thus, there was an adequate basis for the trial court to find a violation of departmental policy, which could give rise to a sanction.  However, the preclusion of all testimony regarding the buy money appears to be a drastic remedy that is not supported by the circumstances of this case.  Thus, I concur in the result.

_____

[*] Former Justice specially assigned to the Superior Court.